

www.pbwt.com

March 20, 2026

Robert Cleary
Of Counsel
(212) 336-2235
rcleary@pbwt.com

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                   **Re:    _U.S. v. Warner and Vangipuram_, 26 Cr. 055**

Dear Judge Oetken:

        We represent Andrew Warner in the above-referenced matter.  We respectfully request a one-week extension to March 30, 2026 for Mr. Warner and Mr. Vangipuram to satisfy the bail conditions set by the Court on March 9, 2026.  The Government consents to this request for both Defendants.  As the Court is aware, both Defendants initially appeared in the Northern District of California and satisfied bail conditions there.  Among other things, the additional requested time will allow the Defendants and the Government to address outstanding questions regarding the property to be posted as security for the bonds.

        Thank you for your attention to this matter.

Granted.
So ordered:  3/23/2026

_____
    J. PAUL OETKEN
United States District Judge

Sincerely,

Robert J. Cleary

Robert Cleary

Cc: AUSA Alexander Li
    Michael Perez, Counsel for Defendant Vangipuram

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222