

www.pbwt.com

May 21, 2026

Maurene Comey
Partner
(212) 336-2577
mcomey@pbwt.com

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *United States v. Warner, et al.*, 26 Cr. 555 (JPO)

Dear Judge Oetken:

      We represent defendant Andrew Warner in the above-referenced matter and write, with the consent of all parties, to respectfully request that the Court adjourn the conference currently scheduled for June 30, 2026, by approximately 45 days. Since the parties first appeared before the Court for arraignment and initial conference, the government has produced discovery materials totaling over five million pages. The undersigned have been diligently reviewing those materials and have conferred with the government regarding additional requests for production. To allow adequate time for the defense to review the voluminous discovery, continue conferring with the government, and determine what pretrial motions may be appropriate, the defense respectfully requests an adjournment of the next conference date by approximately 45 days. For those same reasons, the defense consents to exclusion of time under the Speedy Trial Act through the date of the next conference. *See* 18 U.S.C. § 3161(h)(7)(A).

      We have conferred with Michael Perez, Esq., counsel for co-defendant Kishore Vangipuram, who joins in this request and consents to the exclusion of time under the Speedy Trial Act. We have also conferred with government counsel, who through AUSA Samuel Rothschild consents to this request. Based on those conferrals, we understand that counsel for all parties are available to appear for a conference in mid-to-late August 2026.

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

Page **2** of **2**

We thank the Court for its attention to this matter.

Respectfully submitted,

Robert Cleary
Lauren Schorr Potter
Maurene Comey

Cc: Counsel of record (by ECF)

Granted.  The pretrial conference scheduled for June 30, 2026
is adjourned to August 20, 2026, at 11:00 a.m.  The Court hereby
excludes time through August 20, 2026, under the Speedy Trial Act,
18 USC 3161(h)(7)(A), finding that the ends of justice outweigh
the best interests of the public and the defendants in a speedy trial.
    So ordered:
    5/27/2026

J. PAUL OETKEN
United States District Judge