Michael J. Pérez, Esq. (California State Bar No. 151039)
*Appearing Pro Hac Vice*
PEREZ VAUGHN & FEASBY Inc.
600 B St., Suite 2100
San Diego, CA 92101
Telephone: (619) 741-0282
Facsimile: (619) 460-0437
Email: perez@pvflaw.com

Attorneys for Defendant
Kishore Vangipuram

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ANDREW WARNER and KISHORE VANGIPURAM,<br>DefendantS, | Case No. 26-CR-055<br><br>**STIPULATION AND ORDER TO MODIFY AND PERMIT OUT-OF-DISTRICT TRAVEL THROUGHOUT CALIFORNIA** |

Defendant Kishore Vangipuram, by and through his counsel of record Michael J. Pérez, hereby requests modification of the conditions of his pretrial release to permit travel throughout the State of California, including travel throughout the Northern, Central, Southern, and Eastern Districts, with the prior approval of Pretrial Services and a detailed itinerary provided to them.

/ / /

/ / /

/ / /

/ / /

The Government and the Office of Pretrial Services have no objection to the modification of the release conditions to include the Central District of California.

Date: July 3, 2026

Respectfully submitted,

Michael J. Pérez, Esq.
Counsel for Defendant
Kishore Vangipuram

Date: July 6, 2026

Alexander Li, Esq.
Assistant United States Attorney
Southern District of New York

**IT IS SO ORDERED:**
July 7, 2026

J. PAUL OETKEN
United States District Judge